| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 94-CR-1282 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tunde Repole<br>Federal Detention Center Miami<br>33 NE 4th Street<br>Miami, FL 33132 | Eastern District of New York | Brooklyn Office |
| | NAME OF SENTENCING JUDGE<br>The Honorable John Gleeson, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/28/95 — TO Present |

OFFENSE
Fraudulent Use of Access Devices (18 USC 1029(a)(2))

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 21 2005 ★
~~BROOKLYN OFFICE~~

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-20-05
Date

s/John Gleeson
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUNE 12, 2005
Effective Date

s/Alan S. Gold
United States District Judge    ALAN S. GOLD

MEMORANDUM
TO THE HONORABLE Robert C. Heinemann
United States Clerk of the Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 21 2005 ★
BROOKLYN OFFICE

RE: **Tunde Repole**

DOCKET NO.: **94-CR-1282**

<u>Transfer of Jurisdiction</u>

Please find enclosed Probation Form 22, Transfer of Jurisdiction, in which the Honorable Alan S. Gold, U.S. District Judge, Southern District of Florida, has accepted jurisdiction of this case effective June 13, 2005.

Respectfully submitted:

Tony Garoppolo
Chief U.S. Probation Officer

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 21 2005 ★
BROOKLYN OFFICE

Prepared by: _____

Luis A. Caso, CFE
Senior U.S. Probation Officer

Approved by: _____

Guillermo G. Figueroa
Supervising U.S. Probation Officer

June 21, 2005